UNITED STATES DISTRICT COURT
EASTERN DOSTRICT OF NEW YORK
-----------------------------------------------------------------X
RISHI KHANNA and MUKESH PATEL, as co-
Administrators of the Estate of SHAIL KHANNA,
deceased, and HRIDESH NARAIN KHANNA,
individually,

                              Plaintiffs,                    **STIPULATION OF**
                                                            **DISCONTINUANCE WITHOUT**
                                                            **PREJUDICE**
              - against -
                                                            Civil Case No. CV-12-4565
BEDORE TOURS, INC, JOHN DINARDO JR.,                        (Korman/Pollak)
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC, and MOTOR COACH
INDUSTRIES, INC.,

                              Defendants.

-----------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for Plaintiffs and Defendants to the above-entitled action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservator and no person not a party

has an interest in the subject matter of the action, the Plaintiffs' claims against the Defendants in the above

entitled action be, and the same hereby are discontinued without prejudice and without costs to either Plaintiffs

or Defendants and that Plaintiffs shall have the right to re-file their action in the Supreme Court of the State of

New York, County of Niagara.

        This Stipulation may be filed without further notice with the Clerk of the Court.

        Facsimile signatures shall be deemed as originals for purposes of filing.

Dated:  Mineola, New York
        January 17, 2013

**COHEN & LOMBARDO, P.C.**                      **SILER & INGBER, LLP**
*Attorneys for Defendants Bedore Tours,*        *Attorneys for Plaintiff*
*Inc. & John Dinardo, Jr.*

By:_____                      By:_____
DANIEL R. CONNORS                               JED KIRSCH
343 Elmwood Avenue                              301 Mineola Blvd.
Buffalo, New York 14213                         Mineola, New York 11501
(716) 881-3010                                  (516) 294-2666

01/17/2013 THU 13:33   FAX
From:Cohen Lombardo PC          716 881 2755        01/17/2013 14:32     #888 P.003/003
01/17/2013 THU 13:22   FAX                                              ☑003/003

**HERRICK, FEINSTEIN LLP**
*Attorneys for Defendant*
*Bridgestone Americas Tire*
*Operations, LLC.*

BY: _____
SUSAN T. DWYER
2 Park Avenue
New York, New York 10016
(212) 592-1400

DEFENDANT MOTOR COACH INDUSTRIES, INC. HAS NOT APPEARED IN THE ACTION OR
FILED AN ANSWER